JOHN F. GARLAND  #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant
PEDRO CABALLERO

**FILED**

APR 17 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1: 12-CR-00329 LJO-SKO |
|---|---|---|
| Plaintiff, | ) | APPLICATION FOR ORDER EXONERATING CASH BOND AND ORDER THEREON |
| v. | ) | |
| PEDRO CABALLERO, | ) | |
| Defendant. | ) | HONORABLE LAWRENCE J. O'NEILL |

　　　　Defendant, PEDRO CABALLERO, by and through his counsel, John F. Garland, hereby moves the Court for an order exonerating the cash bond deposited with the Clerk of the Court in the above captioned case.

　　　　On October 11, 2012 defendant PEDRO CABALLERO was arrested pursuant to an Arrest Warrant issued by this Court for charges in the above captioned case. On October 15, 2012 United States Magistrate Judge Barbara A. McAuliffe ordered the release of Mr. Caballero, setting conditions of pretrial supervision, and a $7,000 cash bond. PEDRO CABALLERO was released from custody on October 15, 2012 following the deposit of $7,000 cash with the Clerk of the Court by MAYRA A. CABALLERO PATINO [Receipt # CAE100020387].

　　　　On April 15, 2013 PEDRO CABALLERO appeared before this Court and entered a plea of guilty to Count 1 of a Superseding Information. Immediately following the entry of his guilty plea, this Court remanded PEDRO CABALLERO into the custody of the United States Marshal

1

1 | pending sentencing on July 8, 2013.

2 |       PEDRO CABALLERO is currently in the custody of the United States Marshal in the
3 | Lerdo Detention Facility. Accordingly, PEDRO CABALLERO hereby requests the Court
4 | exonerate the cash bond set by the Magistrate Judge and order the Clerk of the Court to return
5 | the $7,000 cash [Receipt # CAE100020387] to MAYRA A. CABALLERO PATINO. Assistant
6 | United States Attorney Kathleen A. Servatius does not oppose this application.

8 | Dated: April 17, 2013                  Respectfully submitted,

/s/ John F. Garland
John F. Garland
Attorney for defendant
PEDRO CABALLERO

### ORDER

IT IS HEREBY ORDERED that the cash bond posted by MAYRA A. CABALLERO PATINO is exonerated and the Clerk of the Court is directed to return the $7,000 cash [Receipt # CAE100020387] to MAYRA A. CABALLERO PATINO.

Dated: April 17, 2013                  LAWRENCE J. O'NEILL
United States District Judge